12/19/2022

DE'SEAN LAMAR BUTTERFIELD

Address: 668 N 52nd St Philadelphia, Pa 19131

E-mail Address: DBBUT123@gmail.com

Phone Number: (267) 761-3178

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civ. No. 22-3144

RESPONSE TO ORDER TO SHOW CAUSE

DE'SEAN LAMAR BUTTERFIELD

v.

TRIPLE CANOPY INC.

REC'D DEC 23 2022

    Greetings Hon. Paul S. Diamond, and to whom it may concern. I DE'SEAN LAMAR BUTTERFIELD will provide a response to why I was not able to properly serve Defendants within the stated time limit.

    I suffer from a *critical illness* which does not allow me to function at a full mental and physical capacity which has been a severe setback for me in all areas of my life. Covid-19 has also severely affected me and my daily life activities. *Secondly,* with the loss of my employment from Triple Canopy and the *harassment* and FMLA *retaliation* of my lieutenant by not allowing me to exercise my approved intermittent *FMLA* leave benefits, I financially can not afford legal representation. The loss of my full time armed government contractor security officer sentry position at NSA Philadelphia Naval Base has made it difficult to afford basic life essentials and operate at my *full capacity* in all areas in my life. In conclusion, my health and financial state is not at the best status. I respectfully ask the Honorable Paul S. Diamond, to not dismiss this case for failure to serve the defendants in accordance with Rule 4. so I can approach this case properly moving forward.

Thank you all

Sincerely, DE'SEAN LAMAR BUTTERFIELD

Respectfully Submitted,: RESPONSE TO ORDER TO SHOW CAUSE Civ. No. 22-3144